James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

John C. Kairis
David Haendler
Grant & Eisenhofer
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
jkairis@gelaw.com
dhaendler@gelaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: : | |
| : | Civil Action No. 2:1 l-07416(WJM)(MF) |
| **VULCAN MATERIALS COMPANY** : | |
| **SHAREHOLDER LITIGATION** : | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Kyle McGee, enters his appearance as counsel for Plaintiffs in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: March 21, 2012       By:  */s/ Kyle McGee*
                                  GRANT & EISENHOFER
                                  123 Justison Street
                                  Wilmington, DE 19801
                                  kmcgee@gelaw.com

James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

John C. Kairis
David Haendler
Grant & Eisenhofer
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
jkairis@gelaw.com
dhaendler@gelaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: | |
| | Civil Action No. 2:1 l-07416(WJM)(MF) |
| **VULCAN MATERIALS COMPANY** | |
| **SHAREHOLDER LITIGATION** | **CERTIFICATE OF SERVICE** |

I hereby certify that on this 21st day of March, 2012, I caused a copy of (1) the Notice of Appearance of Kyle McGee and (2) this Certificate of Service to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all ECF filers in the above matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated:  March 21, 2012        By:   */s/ Kyle McGee*
                              GRANT & EISENHOFER
                              123 Justison Street
                              Wilmington, DE 19801
                              kmcgee@gelaw.com